Paul T. Cullen - State Bar No. 193575
THE CULLEN LAW FIRM, APC
29229 Canwood St., Suite 208
Agoura Hills, CA 91301-1555
Telephone: (818) 360-2529
Facsimile: (866) 794-5741

Counsel for Plaintiff GENE NORRAIK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE NORRAIK, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ABC PLASTICS, INC., a California corporation.; ABC PLASTIC FABRICATION, INC., a Florida Corporation and Mark Walters, and individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. CV12-298 PLA<br><br>**[PROPOSED]** ORDER ON STIPULATION FOR DISMISSAL<br><br>Trial Date:    None set |

Pursuant to the stipulation by and between the parties, the court hereby dismisses the above-entitled action with prejudice, with each party bearing his/its

/ / /

/ / /

/ / /

/ / /

/ / /

---

**PROPOSED ORDER ON STIPULATION FOR DISMISSAL**

1 attorney fees and costs.

2

3 IT IS SO ORDERED:

4

5 Dated:  November 30, 2012

6

7

8 _____
  Paul L. Abrams
9 United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28